**In re JAMES W., George W. and Marion W.**

Supreme Judicial Court of Maine.

Argued Nov. 14, 1983.

Decided Dec. 8, 1983.

Harold C. Hamilton (orally), Logan, Kurr, Hamilton & Robinson, Bangor, for appellant.

James Eastman Smith (orally), Sr. Asst. Atty. Gen., Dept. of Human Services, Augusta, Martha J. Harris (orally), Guardian Ad Litem, Bangor, for appellees.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

On this appeal the mother of the three minor children challenges the sufficiency of the evidence to support the District Court's findings in terminating her parental rights pursuant to 22 M.R.S.A. § 4055(1)(B)(2) (Supp.1982–1983). We hold that the District Court's findings are rationally supported by clear and convincing evidence, and we deny the appeal.

The entry must be:

Judgments affirmed.

All concurring.